## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHALONDA ARCOLA CAMPBELL
ADC #710039                                                                                                  PLAINTIFF

V.                                            1:09CV00016  JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the motion for reconsideration, which the Court has taken as plaintiff's objections to the Proposed Findings and Recommended Partial Disposition. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order (docket entry #3) is DENIED.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 24th day of April, 2009.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE