# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHALONDA ARCOLA CAMPBELL
ADC #710039                                                                                     PLAINTIFF

v.                              No. 1:09CV00016 JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Second Motion for Voluntary Dismissal (docket entry #39) is GRANTED, and this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 17th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE