**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

SHALONDA ARCOLA CAMPBELL                                              PLAINTIFF
ADC #710039

v.                              No. 1:09CV00016  JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.                     DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion to Set Aside the Judgment (docket entry #49) is DENIED.

2.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 16th day of September, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE