**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

SHALONDA ARCOLA CAMPBELL                                                              PLAINTIFF
ADC #710039

v.                                          No. 1:09CV00016 JLH-JTR

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                          DEFENDANTS


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering

these documents and making a *de novo* review of the record in this case, the Court concludes that

the Proposed Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Relief from Order (docket entry #70) is DENIED.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

Dated this 18th day of November, 2010.


_____
UNITED STATES DISTRICT JUDGE